In the Matter of THEOPHILUS Y. OJUOLA, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent.

Submitted January 14, 2013; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge RIVERA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMINIC M. FRANZA, Appellant, v MICHAEL SHEAHAN, as Acting Superintendent of Southport Correctional Facility, Respondent.

Submitted January 7, 2013; decided February 12, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

Judge RIVERA taking no part.